

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2015

No. 04-14-00906-CV

David **MAUK**,
Appellant

v.

**PIPE CREEK WATER WELL, LLC** and Robert Rae Powell,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00386
Honorable Richard Price, Judge Presiding

## O R D E R

 The Appellant's Unopposed Motion to Extend Deadline to Respond to Appellee's Reply Brief is GRANTED. The appellant's reply brief is due on March 19, 2015.

It is so ORDERED on this 4th day of March, 2015.

**PER CURIAM**

ATTESTED TO:_____
    Keith E. Hottle
    Clerk of Court

